### 19289. MOSLEY *v.* THE STATE.

DUCKWORTH, Chief Justice. The State's evidence contradicts the alleged newly discovered evidence which is the basis of the extraordinary motion for a new trial. The decision of the trial judge on this issue of fact will not be disturbed. *McCoy* v. *State,* 193 *Ga.* 413 (18 S. E. 2d 684); *Ballard* v. *Harmon,* 202 *Ga.* 603 (44 S. E. 2d 260); *Parks* v. *State,* 204 *Ga.* 41 (48 S. E. 2d 837). Nor is there any merit in the complaints about disallowing oral testimony and excluding a transcript of testimony given in some other hearing by witnesses whose affidavits were introduced upon this hearing. The judgment denying the motion for new trial is

*Affirmed. All the Justices concur.*

ARGUED APRIL 9, 1956—DECIDED MAY 14, 1956.

*William Hall, Clyde W. Henley, Carter Goode,* for plaintiff in error.

*Paul Webb, Solicitor-General, Eugene Cook, Attorney-General, E. L. Tiller, Rubye G. Jackson, Frank S. French, Charlie O. Murphy,* contra.